# COMPLAINT

**(for non-prisoner filers without lawyers)**

UNITED STATES COURTS
EASTERN DISTRICT OF WISCONSIN
FILED
OCT 16 2026
11:59 PM
AFTER HOURS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

(Full name of plaintiff(s))

Rev. Charisse Zoddie Charley

U.S. District Court
Wisconsin Eastern
OCT 16 2026
FILED
Clerk of Court

v.

Case Number:
26-C 1936
(to be supplied by Clerk of Court)

(Full name of defendant(s))

UNITED HEALTHCARE OPTUM SERVICES INC.

OPTUMSERVE HEALTH SERVICES INC.

UNITED HEALTH GROUP

---

A. PARTIES

1. Plaintiff is a citizen of WISCONSIN (State) and resides at

2521 N. PALMER STREET, MILWAUKEE, WI 53212
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant UNITED HEALTHCARE OPTUM SERVICES INC; OPTUMSERVE HEALTH SERVICES INC.; UNITED HEALTH GROUP
(Name)

is (if a person or private corporation) a citizen of WISCONSIN / MINNESOTA
(State, if known)

and (if a person) resides at ______________________________
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for UNITED HEALTHCARE OPTUM SERVICES INC.; OPTUMSERVE HEALTH SERVICES INC.; UNITED HEALTH GROUP
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

## B. STATEMENT OF CLAIM

Defendants violated plaintiff Rev. Charisse Charley's rights via its employees during 2021-2025. Its IT department(s) colluded with leadership throughout plaintiff's employment with defendants employees named throughout this claim by sabotaging the company owned computer system and applications plaintiff utilized daily to perform duties. Jennifer Wright was the second assigned supervisor to the Daily RatesTeam (Division of Finance) plaintiff was assigned to. Jennifer was under three titles documented in company systems as Supervisor/Manager/SupRecovery/Resols. From the onset of Jennifer's arrival to the team she began micromanaging plaintiff's work before she had began and/or completed the training and skills needed to comment on or offer any feedback on plaintiff's duties. As days and weeks passed Jennifer began overreaching by going into my Plaintiffs assignments (the realization of last person action(s) when opening assigned work loads leaving a digital print) was not known to her. Plaintiff reached out to Jennifer on multiple occasions asking why plaintiff's assigned invoices were showing under plaintiff's credentials plaintiff even explained to Jennifer when she goes into plaintiff's assigned bucket the system appears as if she's responsible for the completions rather than plaintiff. The conversations regarding this began to be often and causing hinderances for plaintiff performing duties. Plaintiff reached out to the Acting Manager Penny Goff assigned to plaintiff's team at the time and was told Jennifer would be spoken to about monitoring and micromanaging plaintiff's work. This continued a meeting was scheduled by the acting manager with plaintiff and Jennifer. The manager explained to Jennifer that plaintiff knew the processing and didn't need her to daily go into plaintiff's assigned workload which deducts the credit of processing from plaintiff showing incomplete if not closed out. Jennifer appeared to agree meeting ended. After a couple of weeks the team had a sudden meeting that Penny Goff would be moved to another department and the next assigned Director of Business Leslie Roddan will govern our team.

Once Leslie came on board things began to worsen— Jennifer took on a position of targeting plaintiff. Jennifer continued not only with the above harassment(s) but also violating the company's Code of Conduct by treating plaintiff unfairly. Every violation of my rights (organized workplace harassments; gaslighting; sabotaging; defamation of character; discrediting; favoritism towards other employees not plaintiff's race; bait and switch tactics; divide and conquer in efforts to isolate me from the team; PTO denials; diminishing my performance while manipulating the systems ((using her level of access)) necessary to process plaintiff's assignments in) at the hand of Jennifer and now Leslie who backed her up in every dishonest tale she told. Leslie and Jennifer both teamed up against plaintiff and brought others in on the corruption.

Jennifer and Leslie would constantly call plaintiff into frivolous meetings for scoldings and negativity. plaintiff had to contact HR multiple times regarding the treatment plaintiff was receiving and how plaintiff was feeling about the harassments, targeting, discrimination, IT sabotages etc. They claimed to investigate but the same individuals hired and payed by the company sided on behalf of the company even after detailed information and proof was presented. After plaintiff would contact HR Jennifer would retaliate against plaintiff along with Leslie, IT personnel, and other department's leadership they were close with—including some on our team that Jennifer was friends with outside of work. Jennifer was issuing writiten warnings to plaintiff when ever she felt like doing sosuch as "Corrective Action Plans"(CAPs) multiple times. Incidentally, not one time did any leadership in any department genuinely acknowledge plaintiff's concerns about how the company's leadership was violating, harming, antagonizing and unprofessionally speaking to to plaintiff.

IT contacts due to system sabotages, and religious beliefs, the team was informed that yet another director would be over the Daily Rates Team named Kristi Thompson, Associate Director, Accounts Payable. During this period of being notified of Kristi's assignment Jennifer had a CAP pending against plaintiff. The team had not virtually met Kristi yet, she was in constant meetings with Jennifer and Leslie behind the scenes—not once did she reach out to plaintiff during this time. Days later the CAP review meeting with HR arrived and Kristi Thompson was also present. This was the first time actually hearing her voice the meeting was virtual and HR nor Kristi was visible It was a Teams Application call. All were staring at a blank screen with thumbnails. Plaintiff asked why Kristi was in the meeting when she hasn't reached out to plaintiff nor has formally been visible on our team. Kristi stated she was impartial and read the complaint. HR stated she met with both Jennifer and Leslie (not plaintiff). Kristi ultimately sided with Jennifer and Leslie regarding the CAP against plaintiff.

After plaintiff exhausted all avenues within protocol to have complaints taken seriously, Plaintiff finally reached out to the CEO Andrew Witty on April 29, 2024, by submitting a letter of concerns regarding harassments, gaslighting, federal and state law violations, emotional trauma, and negative treatment creating an hostile environment via email. Plaintiff notified hMr. Witty that the company's management, HR department, IT personnel and others targeted plaintiff using virtual organized sabotages within plaintiff's system to hinder performance attacking production quality and plaintiff's peace. Mr. Witty sent the information down to one of his HR constituents that contacted plaintiff it was the same redundant wheel of routined cycles the CAPs involved with no resolve. HR yet again found in the favor of leadership after asking plaintiff for a summary of details, by appearance acting as if taking plaintiff's concerns seriously. The company's motto is "A Safe Place to Work" this is not truthful plaintiff shared this with all management that it communicated with.

The end result of days, weeks, months and years of enduring virtual gang stalking, human, private and constitutional rights violations, on January 3, 2025, Jennifer emailed plaintiff with a scheduled sudden meeting notice. Plaintiff attended the meeting which consisted of Jennifer Wright, Maegan Tremonti, Manager SubK/ Provider Reimbursement. Jennifer proceeds to state the last CAP was a Final and plaintiff was told to not call IT for technical issues without permission from herself or Maegan (IT claimed plaintiff was calling them too much, but how else was plaintiff supposed to work if having system issues being sabotaged and not allowing plaintiff to process?). She received a call from IT Manager stating plaintiff contacted IT Chat and that plaintiff was being terminated. Jennifer further added that the IT manager said plaintiff was being rude on a call so that would be the second reason for termination. Plaintiff asked to hear the call accused of being rude on and was denied by both Jennifer and Maegan. What wasn't discussed by IT management was that they were constantly sending plaintiff an email regarding a Ticket that was not the unusual and did not include the issues for standard protocol. The emailed ticket did not have a reason for opening or the resolve. After several email receipts Iplaintiff wanted to know what the ticket was for due to not contacting IT for any reason during this time. Jennifer was not in and Maegan was in meetings several hours—plaintiff did not want to be penalized again for not responding to or not correcting something. Plaintiff reached out to IT Chat plaintiff didn't call IT nor had any technical issues at the time. Plaintiff was told that IT Management sent the emails and just needed plaintiff to close out the ticket. Plaintiff did not close the ticket rather reached out to Maegan to have this handled.

Unemployment Insurance agreed that plaintiff did not violate the CAP and that IT was reaching out to mplaintiff with the emailed ticket multiple times. Further, plaintiff received a Right to Sue Letter from EEOC on July 22, 2026, after filing a charge on July 28, 2025.

C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ ________________.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

To be awarded for the damages, violations, pain and sufferings defendant's caused plaintiff. Plaintiff asks the court to make sure that defendants are held accountable for their actions of wrong doing, sanctioned and given a written apology to plaintiff filed on the record. Put in place stern policies over defendant's management practices so that no one else has to experience what plaintiff has without having procedural accountability.

E. JURY DEMAND

I want a jury to hear my case.

[■] – YES [ ] – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 17th day of October 20 26.

Respectfully Submitted,

[signature]

Signature of Plaintiff

580-483-2902

Plaintiff's Telephone Number

zoddie2017@gmail.com

*Plaintiff's Email Address*

2521 N. Palmer Street, Milwaukee, WI 53212

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

[■] I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

[ ] I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.